STEVEN D. CRABTREE, SBN 103655
KARNA E. HARRIGFELD, SBN 162824
JENNIFER A. SCOTT, SBN 204234
STACY L. GUTHMILLER, SBN 222216
HERUM CRABTREE BROWN
*A California Professional Corporation*
2291 West March Lane, Suite B-100
Stockton, California 95207
Telephone:  (209) 472-7700

Attorneys for Plaintiff, Airport Land
Company, a California Limited Partnership

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRPORT LAND COMPANY, a California Limited Partnership, | Case No.: 2:07-cv-00646-MCE-KJM |
| Plaintiff, | **ORDER ON STIPULATION OF DISMISSAL** |
| vs. | Hearing Date: May 18, 2007 |
| | Hearing Time: 9:00 a.m. |
| TYCO ELECTRONICS CORPORATION, and DOES 1-20, inclusive, | Courtroom: 7 |
| | Honorable Morrison C. England Jr. |
| Defendants. | Complaint Filed: March 12, 2007 |

IT IS HEREBY ORDERED that, based on the Stipulation of Dismissal submitted to this Court by and between the parties to this action through their designated counsel, the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

May 1, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
**ORDER ON STIPULATION OF DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com